DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:     +1 415 984 8701

Attorneys for Plaintiffs
ELASTICSEARCH, INC.
and ELASTICSEARCH B.V.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>            Defendants. | Case No.<br><br>**PLAINTIFFS ELASTICSEARCH, INC. AND ELASTICSEARCH B.V.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. state that Elastic N.V. is their parent corporation. No other publicly held corporation owns 10% or more of the stock of Elasticsearch, Inc. or elasticsearch B.V.

Dated: September 27, 2019

DAVID R. EBERHART
JAMES K. ROTHSTEIN
O'MELVENY & MYERS LLP

By:   /s/ David R. Eberhart
          David R. Eberhart

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.