DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendants
AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　　Defendants. | Case No. 5:19-cv-06158-EJD<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Ctrm:　4, 5th Floor<br>Judge:　Honorable Edward J. Davila |

JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT / CASE NO. 5:19-CV-06158-EJD

WHEREAS, Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. filed this action before this Court on September 27, 2019;

WHEREAS, Plaintiffs served Defendants Amazon.com, Inc. and Amazon Web Services, Inc. with the summons and complaint on October 2, 2019;

WHEREAS, the parties have met and conferred and agreed that Defendants shall have until November 20, 2019 to respond to the complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendants shall respond to the complaint on or before November 20, 2019.  This stipulation does not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  October 22, 2019                    DURIE TANGRI LLP

                                            By:  */s/ Joseph C. Gratz*
                                                 JOSEPH C. GRATZ

                                            Attorneys for Defendants
                                            AMAZON.COM, INC. and
                                            AMAZON WEB SERVICES, INC.

Dated:  October 22, 2019                    O'MELVENY & MYERS LLP

                                            By:  */s/ David R. Eberhart*
                                                 DAVID R. EBERHART
                                                 JAMES K. ROTHSTEIN

                                            Attorneys for Plaintiffs
                                            ELASTICSEARCH, INC. and
                                            ELASTICSEARCH B.V.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 22, 2019                     */s/ Joseph C. Gratz*
                                            Joseph C. Gratz