DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
JAMES K. ROTHSTEIN (S.B. #267962)
jrothstein@omm.com
DANIEL H. LEIGH (S.B. #310673)
dleigh@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700
Facsimile:     +1 415 984 8701

JOSEPH C. GRATZ (S.B. #240676)
jgratz@durietangri.com
ADITYA V. KAMDAR (S.B. #324567)
akamdar@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:     +1 415 362 6666
Facsimile:     +1 415 236 6300

Attorneys for Plaintiffs
ELASTICSEARCH, INC. and
ELASTICSEARCH B.V.

Attorneys for Defendants
AMAZON.COM, INC. and AMAZON WEB
SERVICES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, and AMAZON WEB SERVICES, INC., a Delaware corporation, <br><br> Defendants. | Case No. 5:19-cv-06158-EJD <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE; DECLARATION OF DAVID R. EBERHART** |

1
2
3

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. ("Plaintiffs") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Defendants"), by and through their attorneys of record, stipulate and request as follows:

4
5
6
7

WHEREAS, the Court entered a Case Management Order on January 22, 2020 (Dkt. No. 26), and the Court, pursuant to the parties' stipulations, entered Orders to Modify the Case Schedule on June 17, 2020 (Dkt. No. 28), September 24, 2020 (Dkt. No. 30), December 4, 2020 (Dkt. No. 32), and March 29, 2021 (Dkt. 34);

8
9
10
11

WHEREAS, the parties remain actively engaged in substantive settlement discussions that seek to resolve this dispute in its entirety, the parties have exchanged multiple iterations of a potential settlement term sheet, the parties have made significant progress in their settlement negotiations, and have significantly narrowed the areas remaining in settlement discussions;

12
13

WHEREAS, on January 14, 2021, Plaintiffs announced that they are changing the terms on which they license certain of their products going forward;

14
15
16
17
18
19

WHEREAS, Defendants announced on January 21, 2021, that due to this license change by Plaintiffs, Defendants intend to (1) create their own forks of certain ELASTICSEARCH source code licensed under the Apache 2.0 license, (2) maintain and develop those forks separately from Plaintiffs' ongoing maintenance and development of its ELASTICSEARCH products, (3) release products and services based on those forks, and (4) use branding for those products and services that do not use the ELASTICSEARCH mark;

20
21
22

WHEREAS, since their January 21 announcement, Defendants have worked on their fork projects of certain ELASTICSEARCH source code but have not yet released General Availability versions of those projects;

23
24
25
26

WHEREAS, on April 12, 2021, Defendants announced their plans to rename their Amazon Elasticsearch Service to Amazon OpenSearch Service and suggested they would change the branding of Open Distro for Elasticsearch, but Defendants have not yet renamed the service or changed any branding;

27
28

WHEREAS, the parties anticipate that Defendants will soon implement this renaming and rebranding, and that such rebranding will provide the parties with clarity on the possibility of  a

near-term resolution of Plaintiffs' claims. Accordingly, the parties do not expect that further continuances of the Case Management Schedule will be necessary;

WHEREAS, the parties respectfully submit that continuing the existing deadlines in this case while the parties continue to engage in substantive settlement discussions would serve the interests of judicial economy, minimize the burden and expense of discovery on the parties, and maximize the opportunity for settlement and the efficient progress of this litigation;

WHEREAS, the parties respectfully submit that good cause exists to continue the existing deadlines by approximately thirteen weeks to minimize use of the Court's time and costs to the parties while the parties continue to conduct productive settlement discussions;

WHEREAS, the parties expect that, should their settlement talks not resolve this matter in its entirety, they will meet the case deadlines proposed below;

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate to and respectfully request that the Court order the following modifications to the case management and pretrial dates:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | June 28, 2021 | September 27, 2021 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | July 8, 2021 | October 7, 2021 |
| Fact Discovery Cutoff | August 4, 2021 | November 3, 2021 |
| Designation of Opening Experts with Reports | August 25, 2021 | November 24, 2021 |
| Designation of Rebuttal Experts with Reports | September 22, 2021 | December 22, 2021 |
| Designation of Reply Experts with Reports | October 6, 2021 | January 5, 2022 |
| Expert Discovery Cutoff | October 20, 2021 | January 19, 2022 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline to Complete Private Mediation | November 10, 2021 | February 9, 2022 |
| Deadline for Filing Dispositive Motions *(see* | December 10, 2021 | March 11, 2022 |

| Section IV and V of Standing Order for Civil Cases) | | |
|---|---|---|
| Deadline for Filing Opposition(s) to Dispositive Motions | January 14, 2022 | April 15, 2022 |
| Deadline for Filing Reply(ies) to Dispositive Motions | February 4, 2022 | May 6, 2022 |
| Hearing on Anticipated Dispositive Motion(s) | March 24, 2022 | June 23, 2022 |

IT IS SO STIPULATED.

Dated:    June 23, 2021                    DAVID R. EBERHART
                                          JAMES K. ROTHSTEIN
                                          DANIEL H. LEIGH
                                          O'MELVENY & MYERS LLP

                              By:    _/s/ David R. Eberhart_
                                     David R. Eberhart

                                     Attorneys for Plaintiffs
                                     ELASTICSEARCH, INC. and
                                     ELASTICSEARCH B.V.


Dated:    June 23, 2021                    JOSEPH C. GRATZ
                                          ADITYA V. KAMDAR
                                          DURIE TANGRI LLP

                              By:    _/s/ Joseph C. Gratz_
                                     Joseph C. Gratz

                                     Attorneys for Defendants
                                     AMAZON.COM INC. and
                                     AMAZON WEB SERVICES


         PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                       Hon. Edward J. Davila
                                       United States District Judge

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  June 23, 2021

*/s/ David R. Eberhart*
David Eberhart

## <u>DECLARATION OF DAVID R. EBERHART</u>

I, David R. Eberhart, hereby declare:

1.     I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiffs Elasticsearch, Inc. and elasticsearch B.V. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify under oath to the matters set forth herein.

2.     The parties remain actively engaged in substantive settlement discussions that seek to resolve this dispute in its entirety, the parties have exchanged multiple iterations of a potential settlement term sheet, and have significantly narrowed the areas remaining in settlement discussions.

3.     On January 14, 2021, Plaintiffs announced that they are changing the terms on which they license certain of their products going forward. Defendants announced on January 21, 2021, that due to this license change by Plaintiffs, Defendants intend to (1) create their own forks of certain ELASTICSEARCH source code licensed under the Apache 2.0 license, (2) maintain and develop those forks separately from Plaintiffs' ongoing maintenance and development of its ELASTICSEARCH products, (3) release products and services based on those forks, and (4) use branding for those products and services that do not use the ELASTICSEARCH mark. Since their January 21 announcement, I understand that Defendants have worked on their fork projects of certain ELASTICSEARCH source code but have not yet released General Availability versions of those projects. On April 12, 2021, Defendants announced their plans to rename their Amazon Elasticsearch Service to Amazon OpenSearch Service and suggested they would change the branding of Open Distro for Elasticsearch, but Defendants have not yet renamed the service or changed any branding.

4.     The parties anticipate that Defendants will soon implement this renaming and rebranding, and that such rebranding will provide the parties with clarity on the possibility of a near-term resolution of Plaintiffs' claims.

5.     There have been five previous time modifications in this case: (1) on October 22, 2019, pursuant to the parties' stipulation, Defendants received extended time to respond to the

complaint on or before November 20, 2019 (Dkt. No. 16); (2) on June 17, 2020, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 90 days in light of the COVID-19 pandemic (Dkt. No. 28); and (3) on September 24, 2020, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 90 days in light of the parties' ongoing substantive settlement discussions; (4) on December 4, 2020, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 112 days in light of the parties' ongoing substantive settlement discussions (Dkt. No. 32); (5) on March 29, 2021, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 90 days in furtherance of the parties' licensing changes and rebranding announcements as well as the parties' ongoing substantive settlement discussions.

6.      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this June 23, 2021, at San Francisco, California.


  /s/ David R. Eberhart
  David R. Eberhart