| | |
|---|---|
| DAVID R. EBERHART (S.B. #195474)<br>deberhart@omm.com<br>JAMES K. ROTHSTEIN (S.B. #267962)<br>jrothstein@omm.com<br>DANIEL H. LEIGH (S.B. #310673)<br>dleigh@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, California  94111-3823<br>Telephone:    +1 415 984 8700<br>Facsimile:     +1 415 984 8701<br><br>Attorneys for Plaintiffs<br>ELASTICSEARCH, INC. and<br>ELASTICSEARCH B.V. | JOSEPH C. GRATZ (S.B. #240676)<br>jgratz@durietangri.com<br>ADITYA V. KAMDAR (S.B. #324567)<br>akamdar@durietangri.com<br>SAMUEL J. ZEITLIN (S.B. #327369)<br>szeitlin@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:    +1 415 362 6666<br>Facsimile:     +1 415 236 6300<br><br>Attorneys for Defendants<br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, and ELASTICSEARCH B.V., a Dutch corporation,<br><br>                              Plaintiffs,<br><br>       v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>                              Defendants. | Case No. 5:19-cv-06158-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE; DECLARATION OF JOSEPH C. GRATZ**<br><br>Ctrm:   4, 5th Floor<br>Judge:  Honorable Edward J. Davila |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Elasticsearch, Inc. and elasticsearch B.V. ("Plaintiffs") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Defendants"), by and through their attorneys of record, stipulate and request as follows:

WHEREAS, the Court entered a Case Management Order on January 22, 2020 (Dkt. No. 26), and the Court, pursuant to the parties' stipulations, entered Orders to Modify the Case Schedule on June 17, 2020 (Dkt. No. 28), September 24, 2020 (Dkt. No. 30), December 4, 2020 (Dkt. No. 32), March 29, 2021 (Dkt. 34), and June 24, 2021 (Dkt. No. 36);

WHEREAS Defendants on April 12, 2021 launched OpenSearch, a fork of Elasticsearch source code licensed under the Apache 2.0 license that uses branding that does not incorporate the ELASTICSEARCH mark;

WHEREAS Defendants on June 25, 2021 announced that the Open Distro for Elasticsearch project website would be selectively decommissioned and that all future project updates would be available on the OpenSearch website under the OpenSearch name;

WHEREAS Defendants, on September 8, 2021 renamed Amazon Elasticsearch Service to Amazon OpenSearch Service;

WHEREAS the renaming of September 8, 2021, combined with the aforementioned changes, provides to the parties sufficient factual clarity regarding Defendants' intended usages to determine quickly whether the parties may reach a full resolution of Plaintiffs' claims; accordingly, the parties do not expect that further continuances of the Case Management Schedule will be necessary;

WHEREAS the parties respectfully submit that continuing the existing deadlines in this case while the parties continue to engage in substantive settlement discussions would serve the interests of judicial economy, minimize the burden and expense of discovery on the parties, and maximize the opportunity for settlement and the efficient progress of this litigation;

WHEREAS the parties respectfully submit that good cause exists to continue the existing deadlines by ten weeks to minimize use of the Court's time and costs to the parties while the parties continue to conduct productive settlement discussions;

WHEREAS the parties expect that, should their settlement talks not resolve this matter in its entirety, they will meet the case deadlines proposed below;

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate to and respectfully request that the Court order the following modifications to the case management and pretrial dates:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | September 20, 2021 | **November 22, 2021** |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | September 30, 2021 | **December 2, 2021** |
| Fact Discovery Cutoff | November 3, 2021 | **December 29, 2021** |
| Designation of Opening Experts with Reports | November 24, 2021 | **January 19, 2022** |
| Designation of Rebuttal Experts with Reports | December 22, 2021 | **February 16, 2022** |
| Designation of Reply Experts with Reports | January 5, 2022 | **March 2, 2022** |
| Expert Discovery Cutoff | January 19, 2022 | **March 16, 2022** |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 | <u>See</u> Civil Local Rule 37-3 |
| Deadline to Complete Private Mediation | February 9, 2022 | **April 6, 2022** |
| Deadline for Filing Dispositive Motions *(see Section IV and V of Standing Order for Civil Cases)* | March 11, 2022 | **May 6, 2022** |
| Deadline for Filing Opposition(s) to Dispositive Motions | April 15, 2022 | **June 10, 2022** |
| Deadline for Filing Reply(ies) to Dispositive Motions | May 6, 2022 | **July 1, 2022** |
| Hearing on Anticipated Dispositive Motion(s) | June 23, 2022 | **August 11, 2022** |

**IT IS SO STIPULATED.**

Dated: September 16, 2021          DAVID R. EBERHART
                                   JAMES K. ROTHSTEIN
                                   DANIEL H. LEIGH
                                   O'MELVENY & MYERS LLP

                           By:     */s/ David R. Eberhart*
                                   David R. Eberhart

                                   Attorneys for Plaintiffs
                                   ELASTICSEARCH, INC. and
                                   ELASTICSEARCH B.V.

Dated: September 16, 2021          JOSEPH C. GRATZ
                                   ADITYA V. KAMDAR
                                   SAMUEL J. ZEITLIN
                                   DURIE TANGRI LLP

                           By:     */s/ Joseph C. Gratz*
                                   Joseph C. Gratz

                                   Attorneys for Defendants
                                   AMAZON.COM INC. and
                                   AMAZON WEB SERVICES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 17, 2021          _____
                                   Hon. Edward J. Davila
                                   United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 16, 2021

                                          */s/ Joseph C. Gratz*
                                          JOSEPH C. GRATZ

3
STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE SCHEDULE; DECLARATION OF
JOSEPH C. GRATZ / CASE NO. 5:19-CV-06158-EJD

**DECLARATION OF JOSEPH C. GRATZ**

I, Joseph C. Gratz, hereby declare:

1. I am a partner at Durie Tangri LLP, counsel of record for Defendants Amazon.com, Inc. and Amazon Web Services, Inc. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify under oath to the matters set forth within.

2. Defendants on April 12, 2021 launched OpenSearch, a fork of Elasticsearch source code licensed under the Apache 2.0 license. This fork was announced earlier this year, on January 14, 2021, in response to an announcement by Plaintiffs that they would be changing the license terms of their products. The OpenSearch project is the new home for plugins and features previously distributed with Open Distro for Elasticsearch, an open-source project that is no longer in development. On June 25, 2021, Defendants noted that the Open Distro for Elasticsearch website would be selectively decommissioned and that all future project updates would be available on the OpenSearch website under the OpenSearch name.

3. On September 8, 2021, Defendants renamed Amazon Elasticsearch Service to Amazon OpenSearch Service, given that this managed service would support the new OpenSearch fork.

4. The parties remain actively engaged in substantive settlement discussions that seek to resolve this dispute in its entirety. The renaming of September 8, 2021, combined with the aforementioned changes, provides to the parties sufficient factual clarity regarding Defendants' intended usages to determine quickly whether the parties may reach a full resolution of Plaintiffs' claims

5. There have been six previous time modifications in this case: (1) on October 22, 2019, pursuant to the parties' stipulation, Defendants received extended time to respond to the complaint on or before November 20, 2019 (Dkt. No. 16); (2) on June 17, 2020, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 90 days in light of the COVID-19 pandemic (Dkt. No. 28); (3) on September 24, 2020, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 90 days in light of the parties' ongoing substantive settlement discussions; (4) on December 4, 2020, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 112 days in light of the parties' ongoing substantive settlement discussions (Dkt. No. 32); (5) on March 29, 2021, pursuant to the parties'

stipulation, the Court continued all case management deadlines by approximately 90 days in furtherance of the parties' licensing changes and rebranding announcements as well as the parties' ongoing substantive settlement discussions; and (6) on June 24, 2021, pursuant to the parties' stipulation, the Court continued all case management deadlines by approximately 90 days in furtherance of Defendants' then-forthcoming rebranding changes and the parties' ongoing substantive settlement discussions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this September 16, 2021 at San Francisco, California.

*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

></br>
*/s/ Joseph C. Gratz*
JOSEPH C. GRATZ