| | |
|---|---|
| DAVID R. EBERHART (S.B. #195474)<br>deberhart@omm.com<br>JAMES K. ROTHSTEIN (S.B. #267962)<br>jrothstein@omm.com<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, California  94111-3823<br>Telephone:    +1 415 984 8700<br>Facsimile:     +1 415 984 8701 | DURIE TANGRI LLP<br>JOSEPH C. GRATZ (SBN 240676)<br>jgratz@durietangri.com<br>ADITYA V. KAMDAR (SBN 324567)<br>akamdar@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA  94111<br>Telephone:    415-362-6666<br>Facsimile:     415-236-6300 |
| Attorneys for Plaintiffs<br>ELASTICSEARCH, INC. and<br>ELASTICSEARCH B.V. | Attorneys for Defendants<br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, INC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELASTICSEARCH, INC., a Delaware corporation, ELASTICSEARCH B.V., a Dutch corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 5:19-cv-06158-EJD<br><br>**NOTICE OF SETTLEMENT** |

On November 30, 2021, counsel for the parties executed a term sheet reflecting all material terms for settlement of this action. Counsel anticipates that, subject to completion of the long form agreement and senior management approval, this action will be resolved through a stipulated dismissal without prejudice within 60 days.

Dated: November 30, 2021          DAVID R. EBERHART
                                  O'MELVENY & MYERS LLP


                                  By:    /s/ *David R. Eberhart*
                                              David R. Eberhart

                                  Attorneys for Plaintiffs
                                  ELASTICSEARCH, INC. and
                                  ELASTICSEARCH B.V.


Dated: November 30, 2021          JOSEPH C. GRATZ
                                  DURIE TANGRI LLP


                                  By:    /s/ *Joseph C. Gratz*
                                              Joseph C. Gratz

                                  Attorneys for Defendants
                                  AMAZON.COM, INC. and AMAZON WEB
                                  SERVICES, INC.


**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: November 30, 2021          /s/ David R. Eberhart
                                  David R. Eberhart